[No. 44059-4-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05138-4, Sharon S. Armstrong, J., entered January 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44126-4-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY WADE McCRACKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 98-1-00015-6, Alan R. Hancock, J., entered February 9, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44141-8-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. A.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08217-0, Laura Inveen, J., entered February 5, 1999. *Reversed* by unpublished opinion per Baker, J., concurred in by Cox and Appelwick, JJ.

[No. 44143-4-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05334-0, John M. Darrah, J., entered January 14, 1999. *Affirmed* by unpublished per curiam opinion.